# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAHLUKE PRODUCE, INC., | ) | CASE NO. 1:11-cv-1981 LJO-BAM |
| Plaintiff, | ) ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATION**S |
| v. | ) ) | **(Docs. 17, 18)** |
| GUERRA MARKETING INTERNATIONAL, INC., *et. al*, | ) ) ) | |
| Defendants. | ) | |

On May 7, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Default Judgment against Defendants Guerra Marketing International Inc., Richard Guerra and Yudelka Guerra, as individuals, filed on March 30, 2012, be granted in part, and denied in part. (Doc. 17).  These Findings and Recommendations contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days.

On June 5, 2012, Plaintiff Wahluke Produce Inc., filed its objections to the Magistrate Judge's Findings and Recommendations. (Doc. 18).  Plaintiff's objections contain multiple pages of new exhibits and declarations supporting individual liability against Defendants Richard and Yudelka Guerra.  To the extent that Plaintiff seeks to have the Court consider new evidence, the

1

Court declines to exercise its discretion to consider Plaintiff's evidence presented for the first time in the objections to the Findings and Recommendations. *Espinoza-Matthews v. California*, 432 F.3d 1021, 1026 n.4 (9th Cir. 2005); *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations issued on May 7, 2012, are ADOPTED AS FOLLOWS:

1. Plaintiff's Motion for Default Judgment against Defendant GUERRA MARKETING INTERNATIONAL, INC., is GRANTED;
2. Judgment be entered in this action against Defendant GUERRA MARKETING INTERNATIONAL, INC. with damages awarded in an amount broken down as follows:
   a. Plaintiff is awarded principal damages in the amount of $32,391.25;
   b. Plaintiff is awarded pre-judgment interest through and including March 30, 2012 in the amount of $5,110.46 and pre-judgment interest to the date of judgment at the rate of $15.97 per day;
   c. Attorneys' fees are awarded in the amount of $4,702.50;
   d. Post-judgment interest on the judgment is awarded at the rate of eighteen percent per annum; and
   e. Costs are awarded in the amount of $350.00.
3. Plaintiff's Motion for Default Judgment against Defendants RICHARD GUERRA and YUDELKA GUERRA, as individuals jointly and severally, is DENIED WITHOUT PREJUDICE;

///
///

4. Within thirty days of the date of this order, Plaintiff may file a renewed motion for default judgment as to Defendants Richard and Yudelka Guerra, as individuals. The motion should include sufficient declarations supporting Defendants' individual liability. The Court however will not entertain a request for additional attorneys' fees to prepare this briefing.

IT IS SO ORDERED.

**Dated:   June 11, 2012**              /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE